# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 7, 2024

Before
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 23-2567 | UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee<br><br>v.<br><br>ECHO A. SCHEIDT,<br>    Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:22-cr-00049-HAB-SLC-1<br>Northern District of Indiana, Fort Wayne Division<br>District Judge Holly A. Brady | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)